

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-14-00185-CR

**IN RE** Otto Ray **KIETZMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                  Marialyn Barnard, Justice
                  Patricia O. Alvarez, Justice

On April 2, 2014, relator filed a motion for reconsideration which refers to both this original mandamus proceeding and relator's appeal in No. 04-14-00106-CR. The panel has considered relator's motion and, to the extent that relator seeks reconsideration of this court's opinion denying mandamus relief issued April 2, 2014, it is DENIED.

It is so **ORDERED** on May 5th, 2014.

PER CURIAM

ATTESTED TO: _____
                           Keith E. Hottle
                           Clerk of Court



---

[1] This proceeding arises out of Cause No. 2013W0631, styled *The State of Texas v. Otto Ray Kietzman*, pending in the Criminal District Court, Magistrate Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.